IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROBERT M. CIKRAJI, etc.,

    Plaintiff,

vs.

THOMAS VICKERS, et al.,

    Defendants.

Case No. 3:09cv066

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #43) IN THEIR ENTIRETY; PLAINTIFF'S OBJECTIONS TO SAID JUDICIAL FILING (DOC. #44) OVERRULED; CAPTIONED CAUSE DISMISSED, WITHOUT PREJUDICE; DIRECTIVE TO PLAINTIFF; TERMINATION ENTRY

---

Pursuant to the reasoning and citations of authority, set forth by the United States Magistrate Judge, in her Report and Recommendations filed January 5, 2010 (Doc. #43), as well as upon a thorough *de novo* review of this Court's file and the applicable law, said Report and Recommendations are adopted in their entirety. The Plaintiff's Objections to said judicial filing (Doc. #44) are overruled.

As the result of the aforesaid rulings, the following Orders are deemed entered, to wit:

1.    Defendants Vickers and the Andersons' Motion to Dismiss, (Doc. #18), Defendants Munofo and the Panteleos' Motion to Dismiss (Doc. #23),

and Defendant Lockhart's Motion to Dismiss (Doc. #20) are granted/sustained;

2. Plaintiff's Motion to File Amended Complaint (Doc. #29) is overruled/denied;

3. Plaintiff's Complaint against Defendant Arena Blanca, Condominium Solymar, Inna German, Banamex and Carmen Torres are dismissed as parties defendant to Plaintiff's Complaint, for reason of lack of proper and timely service, pursuant to Fed. R. Civ. P. 4(m); and

4. Plaintiff's Motions filed at Docs. #28 (seeking certification of a class), # 35, #38 and #41 are overruled/denied as moot.

Plaintiff's Complaint is dismissed, without prejudice. A "without prejudice" dismissal is proper, given the dismissals and rulings entered herein. However, should Plaintiff wish to reactivate the captioned cause, he must file a Motion for Leave to file an Amended Complaint, with the proposed Amended Complaint attached thereto, subject to the strictures of Fed. R. Civ. P. 11. Only if the Magistrate Judge, in reviewing the proposed Amended Complaint, feels that same is likely to survive a motion to dismiss, may said Amended Complaint be filed and process issued.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 16, 2010

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record